# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO MELERO AGUIRRE,<br><br>　　　　　Petitioner,<br>　v.<br><br>CYNTHIA ENTZEL,<br><br>　　　　　Respondent. | Case No. CV 17-02746 MWF (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED: July 6, 2017

　　　　　　　　　　　　　　　　　　　／s／ Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE