# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO MELERO AGUIRRE,<br><br>                    Petitioner,<br><br>     v.<br><br>CYNTHIA ENTZEL,<br><br>                  Respondent. | Case No. CV 17-02746 MWF (AFM)<br><br>**JUDGMENT** |

      Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 6, 2017

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE